IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL SOLLENBERGER<br>    Defendant. | Case Number: CR 3:20-30 |

**PLACEHOLDER FOR HIGHLY SENSITIVE DOCUMENT (HSD)**

**TITLE OF DOCUMENT:**

SEALED PLEA SUPPLEMENT

**IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS**