# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 20-30 |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL SOLLENBERGER | ) | |

### DEFENDANT'S SENTENCING MEMO

AND NOW, comes your petitioner, Michael Sollenberger, by and through his Counsel Brian D. Aston, Esquire, and files this Sentencing Memo and in support thereof avers as follows:

1. Your Petitioner, Michael Sollenberger, was charged by Indictment with violation of 18 U.S.C. § 2251(a) and (c), Production and Attempted Production of Material Depicting the Sexual Exploitation of a Minor; and 18 U.S.C. 2252 §(a)(4)(B) and 2252(b)(2), Possession of Material Depicting the Sexual Exploitation of a Minor.

2. On July 27, 2023, the Defendant changed his plea to guilty and a Sentencing Hearing is scheduled for March 19, 2024, before this Court.

3. A Presentence Report was completed by the United States Probation Office and was filed on October 24, 2023.

4. Counsel cannot add any additional information beyond the Presentence and therefore relies on the information contained in said Report.

5. The Defense acknowledges these are very serious offenses and would argue to the Court that the proposed sentence is likewise very significant. Counsel respectfully asks the Court to impose said sentence.

WHEREFORE, your Petitioner, Michael Sollenberger, prays this Honorable Court imposes the proposed sentence.

                                                                Respectfully Submitted,

Date: March 15, 2024                             /s/ Brian D. Aston

                                                               Brian D. Aston, Esquire
                                                               PA ID 73267
                                                               320 South Maple Avenue
                                                               Greensburg, PA  15601
                                                               724-205-6614
                                                               Email: bda@bastonlaw.com